UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CENTENNIAL INSURANCE COMPANY,

    Plaintiff,

-against-

UNITED STATES OF AMERICA,

    Defendant.

------------------------------------------------------------x

ECF CASE

Case No.

RULE 7.1 STATEMENT

08 CV 00050

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures [formerly Local General Rule 9 of the Local Rules of the United States District Court of the Southern and Eastern District of New York] and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Centennial Insurance Company (a private non-governmental party) certifies that the following are the corporate parents, affiliates and/or subsidiaries of said party, NONE of which are public held:

    Centennial Insurance Company is a New York stock insurance company wholly owned by Atlantic Mutual Insurance Company, a New York mutual insurance company. Atlantic Mutual Insurance Company also owns Atlantic Lloyds of Texas, a Texas corporation. No publicly held corporation owns 10% or more stock of Centennial Insurance Company or Atlantic Mutual Insurance Company.

Dated: New York, New York
       January 3, 2008

>                    GOTTESMAN, WOLGEL, MALAMY
>                    FLYNN & WEINBERG, P.C.
>                    *Attorneys for Plaintiff*
>                    *Centennial Insurance Company*
>                    11 Hanover Square
>                    New York, NY 10005
>                    212-495-0100
>
>                    By: _____
>                         STEVEN WEINBERG (SW 4382)

*Index No.*     Case No.     *Year 20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTENNIAL INSURANCE COMPANY,

                              Plaintiff,

   -against-

UNITED STATES OF AMERICA,

                              Defendant.

COPY

**RULE 7.1 STATEMENT**

GOTTESMAN, WOLGEL, MALAMY,
FLYNN & WEINBERG, P.C.

*Attorneys for*

Plaintiff

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ....................................     Signature ..............................................................................................

                                        Print Signer's Name............................................................

*Service of a copy of the within*                                                     *is hereby admitted.*

*Dated:*

                                          ...................................................................................................
                                          *Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on            20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.              , one of the judges of the within-named Court, at
on             20     , at          M.

*Dated:*

                                                                                       GOTTESMAN, WOLGEL, MALAMY,
                                                                                        FLYNN & WEINBERG, P.C.
                                           *Attorneys for*

                                                                                         11 HANOVER SQUARE
*To:*                                                                                          NEW YORK, N.Y. 10005