UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CENTENNIAL INSURANCE COMPANY,  Case No.: 08 CV 00050 (JGK)

          Plaintiff,  **CERTIFICATE OF SERVICE**

v.

*Assigned to:*
UNITED STATES OF AMERICA,  Judge John G. Koeltl

          Defendant.

-----------------------------------------------------------x

    Richard B. Demas, an attorney admitted to practice before this Court as well as the courts of the State of New York, hereby affirms, declares and certifies under the penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am over eighteen years of age; I am not a party to the above captioned action, and reside in Richmond County, in the State of New York.

    2.    On January 15, 2008 I served a true and complete copy of the Summons in a Civil Action; Civil Cover Sheet; Complaint; Centennial Insurance Company's F.R.C.P. Rule 7.1 Statement; Individual Practices of Judge John G. Koeltl; 3rd Amended Instructions for Filing an Electronic Case or Appeal; United States Southern District of New York Procedures for Electronic Case Filing; and, United States Southern District of New York Guidelines for Electronic Case Filing upon:

        Office of the Attorney General of the United States of
        America
        United States Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-0001

        United States Attorney for the Southern District of New
        York
        One St. Andrews Plaza
        New York, N.Y. 10007
        Attn: Civil Process Clerk

by dispatching the aforementioned documents by certified mail, return receipt requested at the address designated by said person for that purpose, in a properly post paid and addressed

delivery wrapper, deposited into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date:   New York, New York
       January 15, 2008

_____
Richard B. Demas (RD9118)
Gottesman, Wolgel, Malamy,
Flynn & Weinberg, P.C.
Attorneys for Plaintiff
Centennial Insurance Company
11 Hanover Square, 4th Floor
New York, N.Y. 10005
Tele: 212-495-0100
Fax:  212-480-9797
E-mail:*rdemas@gottesmanlaw.com*

Index No.                                    Year 20

Case No. 06-cv-00050 (JGK)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTENNIAL INSURANCE COMPANY,

                                      Plaintiff,

- against -

UNITED STATES OF AMERICA,

                                      Defendant.

ORIGINAL

## CERTIFICATE OF SERVICE

GOTTESMAN, WOLGEL, MALAMY,
FLYNN & WEINBERG, P.C.

*Attorneys for* Centennial Insurance Co.

11 HANOVER SQUARE
NEW YORK, N.Y. 10005
TEL. NO. (212) 495-0100
FAX NO. (212) 480-9797

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ..........................        Signature..................................................................

                                         Print Signer's Name..........................................................

*Service of a copy of the within*                                                *is hereby admitted.*

Dated:

                                       *Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the
Hon.                                        one of the judges of the within named Court,
at
on                20        , at        M.

Check Applicable Box

Dated:                                                                GOTTESMAN, WOLGEL, MALAMY,
                                        FLYNN & WEINBERG, P.C.
                   *Attorneys for*

                                        11 HANOVER SQUARE
                                        NEW YORK, N.Y. 10005
                                        TEL. NO. (212) 495-0100
To:                                                                      FAX NO. (212) 480-9797

*Attorney(s) for*