```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED  3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREENWICH INSURANCE COMPANY,

    Plaintiff,

-v-

UNITED STATES OF AMERICA,

    Defendant.

No. 07 Civ. 7321 (RJS)
ORDER

---

ST. PAUL MERCURY INSURANCE COMPANY,

    Plaintiff,

-v-

UNITED STATES OF AMERICA,

    Defendant.

No. 07 Civ. 7435 (RJS)

---

CENTENNIAL INSURANCE COMPANY,

    Plaintiff,

-v-

UNITED STATES OF AMERICA,

    Defendant.

No. 08 Civ. 0050 (RJS)

---

RICHARD J. SULLIVAN, District Judge:

By joint letter dated March 24, 2008, the parties consent to the consolidation of the three above-entitled actions. Accordingly,

IT IS HEREBY ORDERED that these actions are CONSOLIDATED pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Rule 15 of the Southern District of New

York's Rules for the Division of Business Among District Judges, for, at a minimum, discovery purposes. All filings in connection with the consolidated action should be docketed in the lowest-numbered case, No. 07 Civ. 7321.

SO ORDERED.

Dated:   New York, New York
         March 25, 2008

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE