UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREENWICH INSURANCE COMPANY,

    Plaintiff,

    - against -

UNITED STATES OF AMERICA,

    Defendant.

: ECF CASE
:
: 07 Civ. 7321 (RJS)

------------------------------------------------------------x
ST. PAUL MERCURY INSURANCE COMPANY,

    Plaintiff,

    - against -

UNITED STATES OF AMERICA,

    Defendant.

: ECF CASE
:
: 07 Civ. 7435 (RJS)

------------------------------------------------------------x
CENTENNIAL INSURANCE COMPANY,

    Plaintiff,

    - against -

UNITED STATES OF AMERICA,

    Defendant.

: ECF CASE
:
: 08 Civ. 00050 (RJS)
:
: **PROPOSED JOINT**
: **CASE MANAGEMENT PLAN AND**
: **SCHEDULING ORDER**

------------------------------------------------------------x

RICHARD J. SULLIVAN, District Judge

    At a conference before the Court held on March 27, 2008, this Joint Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure.

    1.    All parties *do not consent* to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

    2.    This case *is not* to be tried to a jury.

3. No additional parties may be joined except with leave of the Court.

4. Amended pleadings may not be filed except with leave of the Court.

5. Initial disclosures pursuant to Rule 26(a)(1) will be completed not later than ~~April~~ June 11, 2008.

6. All *fact* discovery is to be completed no later than ~~August~~ Oct. 8, 2008.

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery deadline in ¶ 6 above:

   a. Initial requests for production of documents to be served by ~~April~~ June 21, 2008.

   b. Interrogatories to be served by ~~April~~ June 21, 2008.

   c. Depositions to be completed by ~~June~~ Aug. 23, 2008.

      i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

      ii. There is no priority in deposition by reason of a party's status as plaintiff or defendant.

      iii. Unless the parties agree or the Court so orders, non-party depositions shall follow initial party depositions.

   d. Requests to Admit to be served no later than ~~July~~ Sept. 7, 2008.

8. All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by:

   a. Expert(s) of Plaintiffs: ~~July~~ Sept. 11, 2008.

   b. Expert(s) of Defendant: ~~July~~ Sept. 25, 2008.

9. All discovery is to be completed no later than ~~September~~ Nov. 12, 2008.

10. The Court will schedule a post-discovery status conference (*see* ¶ 16) within three weeks of the close of all discovery. — Dec. 12, 2008 at 9:30 am

11. Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than two weeks prior to the post discovery status conference date listed in ¶ 16. In accord with this Court's Individual Rule 2.A, response letters thereto are to be

submitted within three business days from service of the initial pre-motion letter.

12. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery. Accordingly, Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge or the Southern District Mediation Program and request:[check one]

   a. \_\_\_\_\_x\_\_\_\_\_ Referral to a Magistrate Judge for settlement discussions

   b. _____ Referral to the Southern District's Mediation Program.

13. The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be tried before a jury, proposed *voir dire*, jury instructions, and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14. Parties have conferred and their present best estimate of the length of trial is two to three days.

**TO BE COMPLETED BY THE COURT**

15. [Other directions to the parties:]

16. The post-discovery status conference is scheduled for Dec. 12, 2008 at 9:30 am.

SO ORDERED

Dated: New York, New York
       March 27 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE